1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
7      160 Spear St., Suite 800
       San Francisco, CA  94105
8      Telephone:  (415) 977-8962
9      Facsimile:  (415) 744-0134
       Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

11
                    UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA
13                         EASTERN DIVISION

14
15 JAIME GONZALEZ CORTES,       )  No. 5:14-cv-01329-SH
                                )
16      Plaintiff,              )
                                )
17                              )  **JUDGMENT OF REMAND**
        v.                      )
18                              )
19 CAROLYN W. COLVIN, Acting    )
   Commissioner of Social Security, )
20                              )
21      Defendant.              )
                                )
22

23      The Court having approved the parties' Stipulation to Voluntary Remand
24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
25 ("Stipulation to Remand") lodged concurrent with the lodging of the within
26 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
27 **DECREED** that the above-captioned action is remanded to the Commissioner of
28

Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 02, 2014

_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE